IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GABRIEL SARINANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:16-CV-00200 |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY AND | § | |
| NITA ADCOCK, | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Gabriel Sarinana and Defendants United Property & Casualty Insurance Company and Nita Adcock (collectively "the Parties") have reached a settlement in this matter. The Parties anticipate that they will finalize the settlement in the next 30 days and will submit a Joint Stipulation of Dismissal with Prejudice by April 27, 2017, or as otherwise directed by the Court.

Due to the settlement of the case, the Parties ask that the action, including any upcoming deadlines, be abated to ensure adequate time for the parties to sign dismissal documents.

Respectfully submitted,

/s/ *Michelle C. Le
Robert A. Pollom
State Bar No. 24041703
Southern District Bar No. 2149539
Jake S. Rogiers
State Bar No. 24069066
Southern District Bar No. 2478454
Michelle C. Le
State Bar No. 24085427
Southern District Bar No. 2033032

        KETTERMAN, ROWLAND & WESTLUND
        16500 San Pedro, Suite 302
        San Antonio, TX  78232
        Telephone:  (210) 495-6789
        Facsimile:  (210) 495-6790
        E-mail:  Robert@krwlawyers.com
        E-mail:  jake@krwlawyers.com
        E-mail:  michelle.le@krwlawyers.com
        **COUNSEL FOR PLAINTIFF**
        ***signed with permission*

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Shannon Beck
State Bar No. 24092102
Southern District No. 2715159

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of March, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Robert A. Pollom
Jake S. Rogiers
Michelle C. Le
Speights & Worrich
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, TX  78232
Facsimile:  (210) 495-6790
   *Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson